939 So.2d 109 (2006)
CESAR RIVERO, Appellant,
v.
THE STATE OF FLORIDA, Appellee.
Case No. 3D05-2994.
District Court of Appeal of Florida, Third District.
Opinion filed September 27, 2006.
Paul Morris, for appellant.
Charles J. Crist, Jr., Attorney General, and Paulette R. Taylor, Assistant Attorney General, for appellee.
Before FLETCHER and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DISPOSED OF.